[No. 9763–6–I. Division One. March 28, 1983.]

DEVERE JERRY BURTENSHAW, ET AL, *Respondents,* v. HAROLD J. NESLAND, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 864677, Robert M. Elston, J., entered December 12, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Andersen, C.J., and Scholfield, J.

[No. 10305–9–I. Division One. March 28, 1983.]

BENCHMARK PROPERTIES, INC., *Appellant,* v. SNOHOMISH COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–02994–9, John F. Wilson, J., entered May 8, 1981. *Reversed* and *remanded* by unpublished opinion per Corbett, J., concurred in by Williams and Callow, JJ.

[No. 4021–2–II. Division Two. March 29, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT D. HARPER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3300, Terence Hanley, J., entered March 21, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.